**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Mao Elijah Glynn |
| Debtor 2 (Spouse, if filing) | Cristina Howard Glynn; fka Cristina M. Howard |
| United States Bankruptcy Court for the: | Southern District of Ohio |
| Case number | 17-10117 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series II Trust

**Court claim no.** (if known): 12-1

**Last 4 digits** of any number you use to identify the debtor's account:   4   7   5   1

**Date of payment change:**
Must be at least 21 days after date of this notice      03/01/2018

**New total payment:**
Principal, interest, and escrow, if any      $      1,473.98

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1.  **Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ _____366.93_____      New escrow payment: $ _____682.14_____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____%      New interest rate: _____%

Current principal and interest payment: $ _____      New principal and interest payment: $ _____

| Part 3: | Other Payment Change |
|---|---|

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: $ _____      New mortgage payment: $ _____

Debtor 1 __Mao Elijah Glynn__    Case number *(if known)* __17-10117__
First Name    Middle Name    Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ __/s/ D. Anthony Sottile__    Date __01/26/2018__
Signature

Print:    __D. Anthony Sottile__    Title __Attorney for Creditor__
First Name    Middle Name    Last Name

Company    __Sottile & Barile, Attorneys at Law__

Address    __P.O. Box 476__
Number    Street

__Loveland__    __OH__    __45140__
City    State    ZIP Code

Contact phone  __513-444-4100__    Email __bankruptcy@sottileandbarile.com__

XX Funding Corporation
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836

Final

Analysis Date:  January 23, 2018

MAO GLYNN                                                              Loan: ██████████
CRISTINA GLYNN
11085 EMBASSY DR                          Property Address:
CINCINNATI OH  45240                      11085 EMBASSY DRIVE
                                          CINCINNATI, OH  45240

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Jan 2018 to Feb 2018.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Mar 01, 2018: |
|---|---|---|
| Principal & Interest Pmt: | 791.84 | 791.84 |
| Escrow Payment: | 366.93 | 682.14 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,158.77 | $1,473.98 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Nov 01, 2017 |
| Escrow Balance: | (3,996.38) |
| Anticipated Pmts to Escrow: | 1,467.72 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | ($2,528.66) |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 1,828.55 | (3,996.38) |
| | | | | | Anticipated Transactions | 1,828.55 | (3,996.38) |
| Jan 2018 | | 1,100.79 | | | | | (2,895.59) |
| Feb 2018 | | 366.93 | | | | | (2,528.66) |
| | $0.00 | $1,467.72 | $0.00 | $0.00 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling $0.00.  Under Federal law, your lowest monthly balance should not have exceeded $1,219.04 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to collect it over 60 months.

PHH Servicing Corporation
For Inquiries:  (800) 903-0896   Final

Analysis Date:  January 23, 2018

MAO GLYNN                                                                                    Loan:  ███████████

### Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| | To Escrow | From Escrow | | Anticipated | Required |
|---|---|---|---|---|---|
| | | | Starting Balance | (2,528.66) | 1,828.55 |
| Mar 2018 | 609.52 | | | (1,919.14) | 2,438.07 |
| Apr 2018 | 609.52 | | | (1,309.62) | 3,047.59 |
| May 2018 | 609.52 | | | (700.10) | 3,657.11 |
| Jun 2018 | 609.52 | 2,217.06 | County Tax | (2,307.64) | 2,049.57 |
| Jul 2018 | 609.52 | | | (1,698.12) | 2,659.09 |
| Aug 2018 | 609.52 | | | (1,088.60) | 3,268.61 |
| Sep 2018 | 609.52 | | | (479.08) | 3,878.13 |
| Oct 2018 | 609.52 | 2,776.82 | Homeowners Policy | (2,646.38) | 1,710.83 |
| Nov 2018 | 609.52 | | | (2,036.86) | 2,320.35 |
| Dec 2018 | 609.52 | | | (1,427.34) | 2,929.87 |
| Jan 2019 | 609.52 | 2,320.35 | County Tax | (3,138.17) | 1,219.04 |
| Feb 2019 | 609.52 | | | (2,528.65) | 1,828.56 |
| | $7,314.24 | $7,314.23 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $1,219.04.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed $1,219.04 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is ($2,528.66).  Your starting balance (escrow balance required) according to this analysis should be $1,828.55.  This means you have a shortage of $4,357.21.  This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to collect it over 60 months.

We anticipate the total of your coming year bills to be $7,314.23.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | 609.52 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 72.62 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $682.14 |

**Paying the shortage:** If your shortage is paid in full, your new monthly payment will be $1,401.36 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.  If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

In Re:                                     Case No. 17-10117

Mao Elijah Glynn
Cristina Howard Glynn                      Chapter 13
  *fka* Cristina M. Howard

Debtors.                                   Judge Beth A. Buchanan

---

### CERTIFICATE OF SERVICE

---

I certify that a copy of the foregoing Notice of Mortgage Payment Change was served **electronically** on January 26, 2018 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

and by **ordinary U.S. Mail** on January 26, 2018 addressed to:

    Mao Elijah Glynn, Debtor
    11085 Embassy Drive
    Cincinnati, OH 45240

    Cristina Howard Glynn, Debtor
    11085 Embassy Drive
    Cincinnati, OH 45240

                /s/ D. Anthony Sottile
                D. Anthony Sottile (0075101)
                Jon Lieberman (0058394)
                Sottile & Barile, Attorneys at Law
                P.O. Box 476
                Loveland, OH 45140
                Phone: 513.444.4100
                bankruptcy@sottileandbarile.com