**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Mao Elijah Glynn |
| Debtor 2 (Spouse, if filing) | Cristina Howard Glynn; fka Cristina M. Howard |
| United States Bankruptcy Court for the: | Southern District of Ohio |
| Case number | 1:17-bk-10117 |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series II Trust

**Court claim no.** (if known): 12-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 7 5 1

**Date of payment change:**
Must be at least 21 days after date of this notice: 03/01/2019

**New total payment:** $ 1,346.66
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 682.14    New escrow payment: $ 554.82

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | Mao Elijah Glynn | Case number (if known) | 1:17-bk-10117 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Jon J. Lieberman
Signature

Date 01/29/2019

Print: Jon J. Lieberman
First Name  Middle Name  Last Name

Title Attorney for Creditor

Company Sottile & Barile, Attorneys at Law

Address P.O. Box 476
Number  Street

Loveland        OH        45140
City            State     ZIP Code

Contact phone 513-444-4100

Email bankruptcy@sottileandbarile.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | |
|---|---|
| In Re: | Case No. 1:17-bk-10117 |
| Mao Elijah Glynn | |
| Cristina Howard Glynn | Chapter 13 |
| *fka* Cristina M. Howard | |
| Debtors. | Judge Beth A. Buchanan |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Mortgage Payment Change was served **electronically** on January 29, 2019 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **ordinary U.S. Mail** on January 29, 2019 addressed to:

Mao Elijah Glynn, Debtor
11085 Embassy Drive
Cincinnati, OH 45240

Cristina Howard Glynn, Debtor
11085 Embassy Drive
Cincinnati, OH 45240

          Respectfully Submitted,

          /s/ Jon J. Lieberman
          Jon J. Lieberman (0058394)
          Sottile & Barile, Attorneys at Law
          P.O. Box 476
          Loveland, OH 45140
          Phone: 513.444.4100
          Email: bankruptcy@sottileandbarile.com
          Attorney for Creditor

SN Servicing Corporation    Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  January 21, 2019

MAO GLYNN                                               Loan:
CRISTINA GLYNN
11085 EMBASSY DR                          Property Address:
CINCINNATI OH  45240                      11085 EMBASSY DRIVE
                                          CINCINNATI, OH  45240

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Mar 2018 to Feb 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Mar 01, 2019: |
|---|---|---|
| Principal & Interest Pmt: | 791.84 | 791.84 |
| Escrow Payment: | 682.14 | 554.82 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,473.98 | $1,346.66 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Jan 01, 2019 |
| Escrow Balance: | 437.51 |
| Anticipated Pmts to Escrow: | 1,364.28 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $1,801.79 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 1,828.55 | (2,895.59) |
| Mar 2018 | 609.52 | 366.93 | | | * | 2,438.07 | (2,528.66) |
| Apr 2018 | 609.52 | 682.14 | | | * | 3,047.59 | (1,846.52) |
| May 2018 | 609.52 | 682.14 | | | * | 3,657.11 | (1,164.38) |
| May 2018 | | | | 2,320.35 | * County Tax | 3,657.11 | (3,484.73) |
| Jun 2018 | 609.52 | 682.14 | 2,217.06 | | * County Tax | 2,049.57 | (2,802.59) |
| Jul 2018 | 609.52 | | | | * | 2,659.09 | (2,802.59) |
| Aug 2018 | 609.52 | 1,364.28 | | | * | 3,268.61 | (1,438.31) |
| Aug 2018 | | 2,802.59 | | | * Escrow Only Payment | 3,268.61 | 1,364.28 |
| Sep 2018 | 609.52 | 682.14 | | | * | 3,878.13 | 2,046.42 |
| Sep 2018 | | | | 1,928.12 | * Homeowners Policy | 3,878.13 | 118.30 |
| Oct 2018 | 609.52 | 682.14 | 2,776.82 | | * Homeowners Policy | 1,710.83 | 800.44 |
| Nov 2018 | 609.52 | 682.14 | | | * | 2,320.35 | 1,482.58 |
| Dec 2018 | 609.52 | 1,364.28 | | | * | 2,929.87 | 2,846.86 |
| Jan 2019 | 609.52 | | 2,320.35 | 2,409.35 | * County Tax | 1,219.04 | 437.51 |
| Feb 2019 | 609.52 | | | | * | 1,828.56 | 437.51 |
| | | | | | Anticipated Transactions | 1,828.56 | 437.51 |
| Jan 2019 | | 682.14 | | | | | 1,119.65 |
| Feb 2019 | | 682.14 | | | | | 1,801.79 |
| | $7,314.24 | $11,355.20 | $7,314.23 | $6,657.82 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during the period equaling $7,310.25. Under Federal law, your lowest monthly balance should not have exceeded $1,259.04 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

SN Servicing Corporation
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: January 21, 2019

MAO GLYNN                                                                                   Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 1,801.79 | 1,664.44 |
| Mar 2019 | 554.82 |  |  | 2,356.61 | 2,219.26 |
| Apr 2019 | 554.82 |  |  | 2,911.43 | 2,774.08 |
| May 2019 | 554.82 |  |  | 3,466.25 | 3,328.90 |
| Jun 2019 | 554.82 | 2,320.35 | County Tax | 1,700.72 | 1,563.37 |
| Jul 2019 | 554.82 |  |  | 2,255.54 | 2,118.19 |
| Aug 2019 | 554.82 |  |  | 2,810.36 | 2,673.01 |
| Sep 2019 | 554.82 |  |  | 3,365.18 | 3,227.83 |
| Oct 2019 | 554.82 | 1,928.12 | Homeowners Policy | 1,991.88 | 1,854.53 |
| Nov 2019 | 554.82 |  |  | 2,546.70 | 2,409.35 |
| Dec 2019 | 554.82 |  |  | 3,101.52 | 2,964.17 |
| Jan 2020 | 554.82 | 2,409.35 | County Tax | 1,246.99 | 1,109.64 |
| Feb 2020 | 554.82 |  |  | 1,801.81 | 1,664.46 |
|  | $6,657.84 | $6,657.82 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of $1,109.64. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $1,109.64 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $1,801.79. Your starting balance (escrow balance required) according to this analysis should be $1,664.44. This means you have a surplus of $137.35. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. We are sending you a check for the surplus.

We anticipate the total of your coming year bills to be $6,657.82. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Page 3

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 554.82 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $554.82 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**